IN THE SUPREME COURT OF TEXAS

 No. 04-0015

 IN RE TEREX CORPORATION; TEREX CRANES, INC.; HARNISCHFEGER CORPORATION;
 ANTHONY CRANE RENTAL D/B/A MAXIM CRANE WORKS; CURTIS SHIFLET, DAVID KEENER,
 KEITH CLARK, AND CRANE & RIGGING CONSULTANTS, INC.

 On Petition for Writ of Mandamus

 MODIFIED STAY ORDER

 Relators' emergency motion for stay, filed January 6, 2004, and
granted January 12, 2004, is modified January 14, 2004, as follows. All
underlying proceedings, except pretrial discovery, in Cause No. 2002-
P00893, styled In Re The Estate of Emilio Talavera, deceased, in the
Probate Court of El Paso County, Texas, are stayed pending further order of
this Court.

 Done at the City of Austin, this January 14, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk